# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01493-MSK-PAC

Kevin P. Cross,

    Plaintiff,

vs.

Receivables Management Solutions, Inc.;
Asset Acceptance Corporation,

    Defendants.

---

## ORDER GRANTING JOINT MOTION TO AMEND THE AMENDED SCHEDULING ORDER AND VACATE THE FINAL PRETRIAL CONFERNCE

---

Upon Review and consideration of the Parties Joint [Sept 30, 05] Motion to Amend the Amended Scheduling Order and Vacate the Final Pretrial Conference, and the Court being fully advised, the Motion is HEREBY GRANTED.

IT IS HEREBY ORDERED that the Motion is hereby granted. *The October 4, 05 final pretrial conference is vacated + reset to April 21, 06 at 9:00 a.m. Pretrial Order due April 17, 06.*

Dated this _3rd_ day of ~~September~~ *Oct.* 2005.

BY THE COURT:

    s/ Patricia A Coan
    Patricia A Coan
    U.S. Magistrate Judge
    United States District Court
    For the District of Colorado