IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-01493-MSK-PAC

Kevin P. Cross,

    Plaintiff,

vs.

Receivables Management Solutions, Inc., and
Asset Acceptance Corporation.

    Defendants.

## ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER AND THIRD AMENDED SCHEDULING ORDER

Order Entered by Magistrate Judge Patricia A. Coan

Upon consideration of the motion and finding good cause therefore, it is hereby ORDERED that the parties' Stipulated Motion to Amend Scheduling order, filed December 30, 2006, doc. # 82, is granted in part and denied in part.  The Second Amended Scheduling Order is further amended as follows:

### 7. Case Plan and Schedule

    b.    Discovery Cut-off Date:

        1.    The cut-off date for all discovery is **February 28, 2006.**

        1(a) The deadline for 28 U.S.C. consent to a magistrate judge is **March 10, 2006.**

    c.    Dispositive Motion Deadline:

Dispositive motions will be filled not later than **March 17, 2006.**  Responses to such motions will be due 21 days after filing of the dispositive motions. Reply briefs, if any, shall be filled within 10 days after filing of the responses.

e.  Deposition Schedule: All depositions will be completed by **February 28, 2006.**

f.  Interrogatory Schedule

All interrogatories and requests for admissions shall be served on opposing parties no later than January 15, 2006.

g.  Schedule for Requests for Production of Documents:

All requests for production of documents shall be served on opposing parties no later than **January 15, 2006.**

h.  Discovery Limitations:

(1)  Any limitations any party wishes to propose on the number of depositions.

Depositions shall be limited to five (5) depositions per side.

(2)  Any limitations which any party wishes to propose on the length of depositions.

The parties have agreed that depositions will not last longer than one day **of seven hours**.

(3)  Modifications which any party proposes on the presumptive numbers of depositions or interrogatories contained in the federal rules.

The parties do not seek to modify the number of depositions or interrogatories contained in the federal rules.

(4)  Limitations which any party proposes on the number of requests for production documents and/or requests for admission.

25 requests for production of documents and/or 25 requests for admission total for each side.

**The final pretrial conference remains set for April 21, 2006 at 9:00 a.m. in Courtroom A-501. The proposed final pretrial order in Judge Krieger's format shall be submitted no later than 5 days before the conference**.

**THERE WILL BE NO FURTHER EXTENSIONS.**

DATED THIS 4th day of January, 2006.

BY THE COURT:

s/Patricia A. Coan
Patricia A. Coan
United States Magistrate Judge

APPROVED:

/s/ Wade L. Gibson                                    /s/ Adam L. Plotkin
_____       _____
Wade L. Gibson, Esq.                              Adam L. Plotkin, Esq.
600 17th Street, Suite 2800 South        621 17th Street, Suite 2400
Denver, CO 80202                                    Denver, CO 80293
(303) 748-2408                                          (303) 296-3566
FAX: (303) 292-2402                               FAX:  (303) 296-3544
E-mail: gibsonlawoffice@yahoo.com     E-mail: aplotkin@alp-pc.com
Attorney for Plaintiff                                 Attorneys for Defendants