IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01493-MSK-PAC

KEVIN P. CROSS,

    Plaintiff,

v.

RECEIVABLES MANAGEMENT SOLUTIONS, INC., and
ASSET ACCEPTANCE CORPORATION,

    Defendants.

_____

## ORDER DISMISSING CASE
_____

This matter comes before the court on Plaintiff's Voluntary Dismissal of All Actions for Defendants Receivables Management Solutions, Inc. ("RMS") and Asset Acceptance Corporation ("AAC"), with prejudice (sic) **(#90)**.

IT IS HEREBY ORDERED that all claims against RMS and AAC are dismissed, with prejudice, each party to pay its own fees and costs.

Dated this 18th day of April 2006.

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge